# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHIME SERVICES, LLC | § | Case No. 16-15136 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/03/2016 . The undersigned trustee was appointed on 05/03/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $    8,350.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 1,998.81 |
| Bank service fees | 92.02 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 6,259.17 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/30/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,585.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,585.00 , for a total compensation of $ 1,585.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 74.65 , for total expenses of $ 74.65 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/19/2017          By:/s/Peter N. Metrou, Trustee
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-15136 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHIME SERVICES, LLC | | | | Date Filed (f) or Converted (c): | 05/03/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/07/2016 |
| For Period Ending: | 12/19/2017 | | | | Claims Bar Date: | 11/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 200.00 | 200.00 | | 200.00 | FA |
| 2. BMO Harris Bank Chicago, IL - Checking Last Four 2251 | 100.00 | 100.00 | | 0.00 | FA |
| 3. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 4. 2010 Dodge Caravan SE - VIN 2D4RN4DE8AR462533 | 4,000.00 | 400.00 | | 400.00 | FA |
| 5. 2011 Dodge Caravan SE - VIN 2D4RN4DG1BR779105 | 4,000.00 | 800.00 | | 800.00 | FA |
| 6. 2010 Dodge Caravan SE - VIN 2D4RN4DE6AR462563 | 4,000.00 | 500.00 | | 500.00 | FA |
| 7. 2010 Dodge Caravan SE - VIN 2DRRN4DE3AR462570 | 4,000.00 | 500.00 | | 500.00 | FA |
| 8. 2008 Chevy Uplander - VIN1GBDV131X8D174728 | 3,000.00 | 500.00 | | 500.00 | FA |
| 9. 2008 Chevy Uplander - VIN1GBDV13108D204657 | 3,000.00 | 400.00 | | 400.00 | FA |
| 10. 2012 Toyota Scion - VINJTLZE4FE2CJ024578 | 3,000.00 | 1,500.00 | | 1,500.00 | FA |
| 11. 2012 Toyota Scion - VINJTLZE4FE2CJ027244 | 3,000.00 | 1,700.00 | | 1,700.00 | FA |
| 12. 2011 Toyota Scion - VINJTLZE4FE4CJ037831 | 3,000.00 | 850.00 | | 850.00 | FA |
| 13. 2011 Dodge Caravan SE - VIN 2D4RN4D0AR462543 | 4,000.00 | 500.00 | | 500.00 | FA |
| 14. 2010 Dodge Caravan SE - VIN 2D4RN4DE0AR462557 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 15. 2010 Dodge Caravan SE - VIN 2D4RN4DE0AR462566 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 16. 2012 Toyota Scion - VINJTLZE4FE2CJ015994 | 3,000.00 | 417.06 | OA | 0.00 | FA |
| 17. 2011 Dodge Caravan SE - VIN 2D4RN4DG8BR779103 | 3,000.00 | 500.00 | | 500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $49,300.00     $8,867.06     $8,350.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011)  *(Page: 3)*

Investigation into liquidation of vehicles and bank accounts.  Motion to employ auctioneer granted 7/29/2016 see Dkt# 11. Report of Auction filed 9/8/2016. Motion to sell vehicles granted 9/30/2016 see Dkt# 24. Motion to abandon vehicles that did not sell at auction granted 9/30/2016 see Dkt# 25. Report of Sale on Vehicle 10/17/2016.  Investigation into bank accounts continues 12-22-2016. Filed Mt to Employ Accountant on 2/21/17 see Dkt# 33.

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 14 | -- | Abandoned per court order dkt #25 |
| RE PROP # | 15 | -- | Abandoned per court order dkt #25 |
| RE PROP # | 16 | -- | Abandoned per court order dkt #25 |

Initial Projected Date of Final Report (TFR): 08/01/2017            Current Projected Date of Final Report (TFR): 08/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-15136 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | CHIME SERVICES, LLC | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5710 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX0345 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 12/19/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/16 | | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Sales proceeds from Auction of vehicles Sale proceeds from Auction of vehicles per court approval | | $7,150.00 | | $7,150.00 |
| | | | Gross Receipts                $7,150.00 | | | | |
| | 4 | | 2010 Dodge Caravan SE - VIN 2D4RN4DE8AR462533    $400.00 | 1129-000 | | | |
| | 5 | | 2011 Dodge Caravan SE - VIN 2D4RN4DG1BR779105    $800.00 | 1129-000 | | | |
| | 6 | | 2010 Dodge Caravan SE - VIN 2D4RN4DE6AR462563    $500.00 | 1129-000 | | | |
| | 7 | | 2010 Dodge Caravan SE - VIN 2DRRN4DE3AR462570    $500.00 | 1129-000 | | | |
| | 8 | | 2008 Chevy Uplander - VIN1GBDV131X8D174728    $500.00 | 1129-000 | | | |
| | 9 | | 2008 Chevy Uplander - VIN1GBDV13108D204657    $400.00 | 1129-000 | | | |
| | 10 | | 2012 Toyota Scion - VINJTLZE4FE2CJ024578    $1,500.00 | 1129-000 | | | |
| | 11 | | 2012 Toyota Scion - VINJTLZE4FE2CJ027244    $1,700.00 | 1129-000 | | | |
| | 12 | | 2011 Toyota Scion - VINJTLZE4FE4CJ037831    $850.00 | 1129-000 | | | |
| 09/15/16 | 13 | American Auction Assocciates, Inc. 508 West Brittant Drive Arlington Heights, IL 60004 | Liquidation proceeds from Sch B Property Proceeds from sale of vehicle at auction | 1129-000 | $500.00 | | $7,650.00 |
| 09/28/16 | 1 | Otubusin & Associates, P.C. 77 W Washington Street Suite 1204 Chicago, IL 60602 | Liquidation of Schedule B property Cash on Hand | 1130-000 | $200.00 | | $7,850.00 |
| 10/04/16 | 1001 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas Avenue Bridgeview, IL  60455 | Payment to Auctioneer Per dkt# 24 Court Order | 3620-000 | | $1,995.23 | $5,854.77 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | | Page Subtotals: | | $7,850.00 | $1,995.23 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 16-15136 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: CHIME SERVICES, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5710 |
| | Checking |
| Taxpayer ID No: XX-XXX0345 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 12/19/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.70 | $5,844.07 |
| 10/14/16 | 17 | American Auction Associates, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Liquidation of Schedule B property Sale of 2011 Dodge Caravan VIN 2D4RN4DG8BR779103 per court approval | 1129-000 | $500.00 | | $6,344.07 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.32 | $6,332.75 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,322.75 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,312.75 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,302.75 |
| 02/07/17 | 1002 | LTD. International Sureties 701 Poydras St. New Orleans, LA 70139 | Bond Payment | 2300-000 | | $3.58 | $6,299.17 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,289.17 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,279.17 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,269.17 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,259.17 |

| | | | COLUMN TOTALS | | $8,350.00 | $2,090.83 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*            Page Subtotals:            $500.00            $95.60

|  |  |  |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,350.00 | $2,090.83 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,350.00 | $2,090.83 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5710 - Checking | $8,350.00 | $2,090.83 | $6,259.17 |
|  | $8,350.00 | $2,090.83 | $6,259.17 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $8,350.00 |
| Total Gross Receipts: | $8,350.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-15136  
Debtor Name: CHIME SERVICES, LLC  
Claims Bar Date: 11/30/2016  

Date: December 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,585.00 | $1,585.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $74.65 | $74.65 |
| 100 3410 | Kutchins Robbins & Diamond Ltd.<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,045.50 | $1,045.50 |
| 100 3620 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 South Thomas Avenue<br>Bridgeview, IL  60455 | Administrative<br>Payment Status:<br>Valid To Pay | Per Court Order dkt# 24 | $0.00 | $1,995.23 | $1,995.23 |
| 2 200 4110 | INTERNAL REVENUE SERVICE<br>PO 7346<br>Philadelphia, PA  19101-7346 | Secured<br>Payment Status:<br>Valid To Pay | | $0.00 | $134,251.28 | $134,251.28 |
| 5 200 4110 | SMALL BUSINESS TERM LOAN, INC./ALEX NELSAS<br>3301 NORTH UNIVERSITY DRIVE SUITE 300<br>CORAL SPRINGS, FL 33065 | Secured<br>Payment Status:<br>Valid To Pay | Amended/Duplicate of Claim #3 | $0.00 | $20,964.13 | $200.00 |
| 1 280 5800 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 S. STATE STREET<br>BANKRUPTYCY UNIT 10TH FL<br>CHICAGO, IL 60603 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $10,829.02 | $10,829.02 |
| 2 280 5800 | INTERNAL REVENUE SERVICE<br>PO 7346<br>Philadelphia, PA  19101-7346 | Priority<br>Payment Status:<br>Valid To Pay | | $0.00 | $47,848.77 | $47,848.77 |
| 7 280 5800 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>PO BOX 19035<br>SPRINGFIELD, IL 62794-9035 | Priority<br>Payment Status:<br>Valid To Pay | Objection Notes: The claim was not filed within ninety (90) days of the meeting of creditors or within the deadline given to file claims against the estate.  The claim will be allowed as a tardily-filed claim, to be paid only after all timely-filed claims are paid in full. | $0.00 | $11,041.28 | $11,041.28 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 16-15136  
Debtor Name: CHIME SERVICES, LLC  
Claims Bar Date: 11/30/2016  

Date: December 19, 2017

| Code # | Creditor Name And Address | Claim Class  Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 1  300  7100 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY  33 S. STATE STREET  BANKRUPTYCY UNIT 10TH FL  CHICAGO, IL 60603 | Unsecured  Payment Status:  Valid To Pay | $0.00 | $230.00 | $230.00 |
| 4  300  7100 | SPRINT  ATTN BANKRUPTCY DEPT  PO BOX 7949  OVERLAND PARK KS 66207-0949 | Unsecured  Payment Status:  Valid To Pay | $0.00 | $200.30 | $200.30 |
| 6  300  7100 | BMO HARRIS BANK N.A.  PO BOX 2035  MILWAUKEE, WI 53201 | Unsecured  Payment Status:  Valid To Pay | $0.00 | $427.66 | $427.66 |
| 2  380  7300 | INTERNAL REVENUE SERVICE  PO 7346  Philadelphia, PA  19101-7346 | Unsecured  Payment Status:  Valid To Pay | $0.00 | $14,866.47 | $14,866.47 |
| 7  380  7300 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION  PO BOX 19035  SPRINGFIELD, IL 62794-9035 | Unsecured  Payment Status:  Valid To Pay | $0.00 | $1,594.16 | $1,594.16 |
| 3  400  4110 | SMALL BUSINESS TERM LOAN, INC./ALEX NELSAS  3301 NORTH UNIVERSITY DRIVE SUITE 300  CORAL SPRINGS, FL 33065 | Secured  Payment Status:  Invalid | $0.00 | $20,964.13 | $200.00 |
|  | Case Totals |  | $0.00 | $267,917.58 | $226,389.32 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-15136
Case Name: CHIME SERVICES, LLC
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 6,259.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $ 134,251.28 | $ 134,251.28 | $ 0.00 | $ 3,548.73 |
| 5 | SMALL BUSINESS TERM LOAN, INC./ALEX NELSAS | $ 20,964.13 | $ 200.00 | $ 0.00 | $ 5.29 |

Total to be paid to secured creditors $ 3,554.02

Remaining Balance $ 2,705.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,585.00 | $ 0.00 | $ 1,585.00 |
| Trustee Expenses: Peter N. Metrou | $ 74.65 | $ 0.00 | $ 74.65 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,045.50 | $ 0.00 | $ 1,045.50 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES, INC. | $ 1,995.23 | $ 1,995.23 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,705.15

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 69,719.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 10,829.02 | $ 0.00 | $ 0.00 |
| 2 | INTERNAL REVENUE SERVICE | $ 47,848.77 | $ 0.00 | $ 0.00 |
| 7 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 11,041.28 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 857.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 230.00 | $ 0.00 | $ 0.00 |
| 4 | SPRINT | $ 200.30 | $ 0.00 | $ 0.00 |
| 6 | BMO HARRIS BANK N.A. | $ 427.66 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $              0.00

Remaining Balance         $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 16,460.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $ 14,866.47 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 1,594.16 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| | Total to be paid to subordinated unsecured creditors | $ 0.00 |
| | Remaining Balance | $ 0.00 |