**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| **CHIMES SERVICES, LLC** | ) | **CASE NO. 16-15136-PSH** |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

**NOTICE OF MOTION**

To:     See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR**
**NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

     I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 20th day of December, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                        */s/ Peter N. Metrou*
                                        **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

<u>Via First-Class Mail</u>

Ashley Vazanellis
c/o Bowman & Corday
134 N. LaSalle Street, Suite 1440
Chicago, IL 60602-1173

AT&T
208 South Akard Street
Dallas, TX 75202-4206

BFS Capital
3301 North University Drive
Suite 300
Pompano Beach, FL 33065-4149

C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Chime Services, LLC
260 Gladiolus Drive
Romeoville, IL 60446-5114

City of Chicago
Department of Finance
P.O. Box 88292
Chicago, IL 60680-1292

Fleetmatics, Inc.
1100 Winter Street
Floor 4
Waltham, MA 02451-1473

IL Dept of Employment Security
33 South State Street
10th Floor
Chicago, IL 60603-2806

Illinois Department of Revenue
P.O. Box 19006
Springfield, IL 62794-9006

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Keith Orland Allen
c/o Dworkin & Maciariello
134 North LaSalle, Suite 650
Chicago, IL 60602-1037

Samantha Fowler
c/o IL Department of Human Rights
100 W. Randolph, Suite 10-100
Chicago, IL 60601-3391

Premier Occupational Health
550 East Boughton Road
Suite 140
Bolingbrook, IL 60440-2192

Progressive Insurance
P.O. Box 105428
Atlanta, GA 30348-5428

Samantha Fowler
530 North Chicago
Joliet, IL 60432

Samantha Fowler
c/o EEOC
500 West Madison Street
Chicago, IL 60661-2597

The Hartford
P.O. Box 7247-7744
Philadelphia, PA 19107-7744

Sprint
6200 Sprint Parkway
Leawood, KS 66211

State Farm Insurance Company
1 State Farm Plaza
Bloomington, IL 61710-0001

<u>Via ECF</u>

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Paul O Otubusin
Otubusin & Assoc
77 West Washington St Ste 1204
Chicago, IL 60602-3244

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHIME SERVICES, LLC | § | Case No. 16-15136 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/19/2018 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/20/2017                By: /s/ Peter N. Metrou
                                                            Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
CHIME SERVICES, LLC § Case No. 16-15136
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 8,350.00 |
| and approved disbursements of | $ 2,090.83 |
| leaving a balance on hand of[1] | $ 6,259.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 2 | INTERNAL REVENUE SERVICE | $ 134,251.28 | $ 134,251.28 | $ 0.00 | $ 3,548.73 |
| 5 | SMALL BUSINESS TERM LOAN, INC./ALEX NELSAS | $ 20,964.13 | $ 200.00 | $ 0.00 | $ 5.29 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 3,554.02 |
| Remaining Balance | $ 2,705.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 1,585.00 | $ 0.00 | $ 1,585.00 |
| Trustee Expenses: Peter N. Metrou | $ 74.65 | $ 0.00 | $ 74.65 |
| Accountant for Trustee Fees: Kutchins Robbins & Diamond Ltd. | $ 1,045.50 | $ 0.00 | $ 1,045.50 |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES, INC. | $ 1,995.23 | $ 1,995.23 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $            2,705.15

Remaining Balance                                             $                0.00


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 69,719.07 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 10,829.02 | $ 0.00 | $ 0.00 |
| 2 | INTERNAL REVENUE SERVICE | $ 47,848.77 | $ 0.00 | $ 0.00 |
| 7 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 11,041.28 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors        $            0.00

Remaining Balance                              $            0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 857.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | $ 230.00 | $ 0.00 | $ 0.00 |
| 4 | SPRINT | $ 200.30 | $ 0.00 | $ 0.00 |
| 6 | BMO HARRIS BANK N.A. | $ 427.66 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 16,460.63 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $ 14,866.47 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | $ 1,594.16 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors    $ 0.00

    Remaining Balance    $ 0.00

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.