# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § § | |
| CHIME SERVICES, LLC | § § § | Case No. 16-15136 |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 11,100.00                  Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  3,554.02        Claims Discharged
                                                   Without Payment:  87,037.66


Total Expenses of Administration:  4,795.98

---

3) Total gross receipts of $ 8,350.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,350.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 155,215.41 | $ 134,451.28 | $ 3,554.02 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,795.98 | 4,795.98 | 4,795.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 69,719.07 | 69,719.07 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 17,318.59 | 17,318.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 247,049.05 | $ 226,284.92 | $ 8,350.00 |

4)  This case was originally filed under chapter 7 on 05/03/2016 . The case was pending for 22 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2018           By:/s/Peter N. Metrou, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Chevy Uplander - VIN1GBDV13108D204657 | 1129-000 | 400.00 |
| 2008 Chevy Uplander - VIN1GBDV131X8D174728 | 1129-000 | 500.00 |
| 2010 Dodge Caravan SE - VIN 2D4RN4DE6AR462563 | 1129-000 | 500.00 |
| 2010 Dodge Caravan SE - VIN 2D4RN4DE8AR462533 | 1129-000 | 400.00 |
| 2010 Dodge Caravan SE - VIN 2DRRN4DE3AR462570 | 1129-000 | 500.00 |
| 2011 Dodge Caravan SE - VIN 2D4RN4D0AR462543 | 1129-000 | 500.00 |
| 2011 Dodge Caravan SE - VIN 2D4RN4DG1BR779105 | 1129-000 | 800.00 |
| 2011 Dodge Caravan SE - VIN 2D4RN4DG8BR779103 | 1129-000 | 500.00 |
| 2011 Toyota Scion - VINJTLZE4FE4CJ037831 | 1129-000 | 850.00 |
| 2012 Toyota Scion - VINJTLZE4FE2CJ024578 | 1129-000 | 1,500.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Toyota Scion - VINJTLZE4FE2CJ027244 | 1129-000 | 1,700.00 |
| cash on hand | 1130-000 | 200.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,350.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 4110-000 | NA | 134,251.28 | 134,251.28 | 3,548.73 |
| 5 | SMALL BUSINESS TERM LOAN, INC./ALEX NELSAS | 4110-000 | NA | 20,964.13 | 200.00 | 5.29 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 155,215.41** | **$ 134,451.28** | **$ 3,554.02** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,585.00 | 1,585.00 | 1,585.00 |
| Peter N. Metrou | 2200-000 | NA | 74.65 | 74.65 | 74.65 |
| LTD. International Sureties | 2300-000 | NA | 3.58 | 3.58 | 3.58 |
| Associated Bank | 2600-000 | NA | 92.02 | 92.02 | 92.02 |
| Kutchins Robbins & Diamond Ltd. | 3410-000 | NA | 1,045.50 | 1,045.50 | 1,045.50 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 1,995.23 | 1,995.23 | 1,995.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 4,795.98 | $ 4,795.98 | $ 4,795.98 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 5800-000 | NA | 10,829.02 | 10,829.02 | 0.00 |
| 7 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | 5800-000 | NA | 11,041.28 | 11,041.28 | 0.00 |
| 2 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 47,848.77 | 47,848.77 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 69,719.07 | $ 69,719.07 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | BMO HARRIS BANK N.A. | 7100-000 | NA | 427.66 | 427.66 | 0.00 |
| 1 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY | 7100-000 | NA | 230.00 | 230.00 | 0.00 |
| 4 | SPRINT | 7100-000 | NA | 200.30 | 200.30 | 0.00 |
| 7 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION | 7300-000 | NA | 1,594.16 | 1,594.16 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | 7300-000 | NA | 14,866.47 | 14,866.47 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 17,318.59 | $ 17,318.59 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-15136 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | CHIME SERVICES, LLC | | | | Date Filed (f) or Converted (c): | 05/03/2016 (f) |
| | | | | | 341(a) Meeting Date: | 06/07/2016 |
| For Period Ending: | 02/12/2018 | | | | Claims Bar Date: | 11/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 200.00 | 200.00 | | 200.00 | FA |
| 2. BMO Harris Bank Chicago, IL - Checking Last Four 2251 | 100.00 | 100.00 | | 0.00 | FA |
| 3. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 4. 2010 Dodge Caravan SE - VIN 2D4RN4DE8AR462533 | 4,000.00 | 400.00 | | 400.00 | FA |
| 5. 2011 Dodge Caravan SE - VIN 2D4RN4DG1BR779105 | 4,000.00 | 800.00 | | 800.00 | FA |
| 6. 2010 Dodge Caravan SE - VIN 2D4RN4DE6AR462563 | 4,000.00 | 500.00 | | 500.00 | FA |
| 7. 2010 Dodge Caravan SE - VIN 2DRRN4DE3AR462570 | 4,000.00 | 500.00 | | 500.00 | FA |
| 8. 2008 Chevy Uplander - VIN1GBDV131X8D174728 | 3,000.00 | 500.00 | | 500.00 | FA |
| 9. 2008 Chevy Uplander - VIN1GBDV13108D204657 | 3,000.00 | 400.00 | | 400.00 | FA |
| 10. 2012 Toyota Scion - VINJTLZE4FE2CJ024578 | 3,000.00 | 1,500.00 | | 1,500.00 | FA |
| 11. 2012 Toyota Scion - VINJTLZE4FE2CJ027244 | 3,000.00 | 1,700.00 | | 1,700.00 | FA |
| 12. 2011 Toyota Scion - VINJTLZE4FE4CJ037831 | 3,000.00 | 850.00 | | 850.00 | FA |
| 13. 2011 Dodge Caravan SE - VIN 2D4RN4D0AR462543 | 4,000.00 | 500.00 | | 500.00 | FA |
| 14. 2010 Dodge Caravan SE - VIN 2D4RN4DE0AR462557 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 15. 2010 Dodge Caravan SE - VIN 2D4RN4DE0AR462566 | 4,000.00 | 0.00 | OA | 0.00 | FA |
| 16. 2012 Toyota Scion - VINJTLZE4FE2CJ015994 | 3,000.00 | 417.06 | OA | 0.00 | FA |
| 17. 2011 Dodge Caravan SE - VIN 2D4RN4DG8BR779103 | 3,000.00 | 500.00 | | 500.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $49,300.00    $8,867.06         $8,350.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Investigation into liquidation of vehicles and bank accounts.  Motion to employ auctioneer granted 7/29/2016 see Dkt# 11. Report of Auction filed 9/8/2016. Motion to sell vehicles granted 9/30/2016 see Dkt# 24. Motion to abandon vehicles that did not sell at auction granted 9/30/2016 see Dkt# 25.  Report of Sale on Vehicle 10/17/2016.  Investigation into bank accounts continues 12-22-2016. Filed Motion to Employ Accountant on 2/21/17 see Dkt# 33. TFR filed 12/19/17 see Dkt#35.

Exhibit 8

| RE PROP # | 14 | -- | Abandoned per court order dkt #25 |
| RE PROP # | 15 | -- | Abandoned per court order dkt #25 |
| RE PROP # | 16 | -- | Abandoned per court order dkt #25 |

Initial Projected Date of Final Report (TFR): 08/01/2017        Current Projected Date of Final Report (TFR): 08/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 16-15136 | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: CHIME SERVICES, LLC | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX5710 |
| | | Checking |
| Taxpayer ID No: XX-XXX0345 | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/16 | | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Sales proceeds from Auction of vehicles<br>Sale proceeds from Auction of vehicles per court approval | | $7,150.00 | | $7,150.00 |
| | | | Gross Receipts  $7,150.00 | | | | |
| | 4 | | 2010 Dodge Caravan SE - VIN 2D4RN4DE8AR462533  $400.00 | 1129-000 | | | |
| | 5 | | 2011 Dodge Caravan SE - VIN 2D4RN4DG1BR779105  $800.00 | 1129-000 | | | |
| | 6 | | 2010 Dodge Caravan SE - VIN 2D4RN4DE6AR462563  $500.00 | 1129-000 | | | |
| | 7 | | 2010 Dodge Caravan SE - VIN 2DRRN4DE3AR462570  $500.00 | 1129-000 | | | |
| | 8 | | 2008 Chevy Uplander - VIN1GBDV131X8D174728  $500.00 | 1129-000 | | | |
| | 9 | | 2008 Chevy Uplander - VIN1GBDV13108D204657  $400.00 | 1129-000 | | | |
| | 10 | | 2012 Toyota Scion - VINJTLZE4FE2CJ024578  $1,500.00 | 1129-000 | | | |
| | 11 | | 2012 Toyota Scion - VINJTLZE4FE2CJ027244  $1,700.00 | 1129-000 | | | |
| | 12 | | 2011 Toyota Scion - VINJTLZE4FE4CJ037831  $850.00 | 1129-000 | | | |
| 09/15/16 | 13 | American Auction Assocciates, Inc.<br>508 West Brittant Drive<br>Arlington Heights, IL 60004 | Liquidation proceeds from Sch B Property<br>Proceeds from sale of vehicle at auction | 1129-000 | $500.00 | | $7,650.00 |
| 09/28/16 | 1 | Otubusin & Associates, P.C.<br>77 W Washington Street<br>Suite 1204<br>Chicago, IL 60602 | Liquidation of Schedule B property<br>Cash on Hand | 1130-000 | $200.00 | | $7,850.00 |
| 10/04/16 | 1001 | AMERICAN AUCTION ASSOCIATES, INC.<br>8515 South Thomas Avenue<br>Bridgeview, IL 60455 | Payment to Auctioneer<br>Per dkt# 24 Court Order | 3620-000 | | $1,995.23 | $5,854.77 |

| | | | Page Subtotals: | | $7,850.00 | $1,995.23 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-15136 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: CHIME SERVICES, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5710 |
| | Checking |
| Taxpayer ID No: XX-XXX0345 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.70 | $5,844.07 |
| 10/14/16 | 17 | American Auction Associates, Inc.<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Liquidation of Schedule B property<br>Sale of 2011 Dodge Caravan<br>VIN 2D4RN4DG8BR779103<br>per court approval | 1129-000 | $500.00 | | $6,344.07 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.32 | $6,332.75 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,322.75 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,312.75 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,302.75 |
| 02/07/17 | 1002 | LTD. International Sureties<br>701 Poydras St.<br>New Orleans, LA 70139 | Bond Payment | 2300-000 | | $3.58 | $6,299.17 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,289.17 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,279.17 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,269.17 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $6,259.17 |
| 01/22/18 | 1003 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $1,659.65 | $4,599.52 |

| | | | Page Subtotals: | | $500.00 | $1,755.25 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-15136 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: CHIME SERVICES, LLC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5710 |
| | Checking |
| Taxpayer ID No: XX-XXX0345 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 02/12/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($1,585.00) 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($74.65) 2200-000 | | | |
| 01/22/18 | 1004 | Kutchins Robbins & Diamond Ltd. 1101 Perimeter Drive Suite 760 Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,045.50 | $3,554.02 |
| 01/22/18 | 1005 | INTERNAL REVENUE SERVICE PO 7346 Philadelphia, PA 19101-7346 | Final distribution to claim 2 representing a payment of 2.64 % per court order. | 4110-000 | | $3,548.73 | $5.29 |
| 01/22/18 | 1006 | SMALL BUSINESS TERM LOAN, INC./ALEX NELSAS 3301 NORTH UNIVERSITY DRIVE SUITE 300 CORAL SPRINGS, FL 33065 | Final distribution to claim 5 representing a payment of 2.65 % per court order. | 4110-000 | | $5.29 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,350.00 | $8,350.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,350.00 | $8,350.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,350.00 | $8,350.00 |

Page Subtotals:   $0.00   $4,599.52

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5710 - Checking | $8,350.00 | $8,350.00 | $0.00 |
|  | $8,350.00 | $8,350.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $8,350.00 |
| Total Gross Receipts: | $8,350.00 |

Page Subtotals: $0.00 $0.00